UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER,<br>Plaintiff,<br>v.<br>U.S. DEPARTMENT OF JUSTICE,<br>Defendant. | Civil Action No. 26-2948 (RDM) |

**JOINT STATUS REPORT**

Pursuant to the Court's November 9, 2026 Minute Order and its instructions at the initial scheduling conference, Plaintiff Campaign Legal Center and Defendant the United States Department of Justice ("DOJ" or "the Department") have met and conferred and respectfully submit this joint status report for this Freedom of Information Act ("FOIA") civil action to inform the Court of the following:

1. DOJ has withdrawn its motion for partial judgment on the pleadings. Dkt. 20. Given that withdrawal, there is no longer a need for Campaign Legal Center to move for leave to amend its First Amended Complaint. *See* Dkt. 10.

2. DOJ previously determined that Part 9 (as to search term d only) of Campaign Legal Center's June request, as well as Part 1 (same as Part 9 of June request, but as to new search terms r-z only), Part 2 (same as Part 10 of June request), and Part 3 (similar to Part 10 of June request, but recipients are senators) of Campaign Legal Center's August request, Dkts. 10-2 at 2-3; 10-7 at 2-3, are "not reasonably described," *see, e.g.*, Dkt. 10-8. The Parties are now conferring as to Campaign Legal Center's narrowing proposals, which Campaign Legal Center provided to DOJ for review on November 13, 2026. The Parties will negotiate in good faith regarding these

narrowing proposals, obviating the need at this time for Campaign Legal Center to move for partial summary judgment on that issue.

3. The Parties will continue to continue to work together throughout this litigation to attempt to reduce and narrow the issues that need to be resolved by the Court.

4. The Parties respectfully request that the Court order the parties to file another joint status report on or before December 11, 2026, at which time they will inform the Court about the status of their narrowing negotiations and Campaign Legal Center's FOIA requests.

Dated: November 16, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ William Thanhauser
WILLIAM THANHAUSER
D.C. Bar #1737034
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-7706

*Attorneys for the United States of America*

By: /s/ Robyn K. Bitner
David Kronig (D.C. Bar No. 1030649)
Robyn K. Bitner (D.C. Bar No. 1617036)
CAMPAIGN LEGAL CENTER
1333 New Hampshire Ave. NW, Ste. 300
Washington, DC 20036
(202) 736-2200
dkronig@campaignlegalcenter.org
rbitner@campaignlegalcenter.org

*Counsel for Plaintiff*